AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

TERI M. PICKENS

        Plaintiff

v.

US DEPARTMENT OF EDUCATION

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-2270 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED, and

[X] The clerk is directed to file the complaint, and *issue Summons*

[ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTER this 11th day of May, 2010

Signature of Judicial Officer

Susan D. Wigenton, U.S.D.J.
Name and title of Judicial Officer